(98 App. Div. 619)

### STERN v. WABASH R. CO.

(Supreme Court, Appellate Division, First Department. November 18, 1904.)

1. PLEADING—BILL OF PARTICULARS—FURNISHING EVIDENCE.

While it is not the office of a bill of particulars to furnish the evidence, yet it should give the particulars of the cause of action and the nature and amount of damage in detail, where it is claimed as being suffered by many and diverse articles.

Appeal from Special Term, New York County.

Action by Isaac L. Stern against the Wabash Railroad Company. From an order denying in part defendant's motion for bill of particulars, he appeals. Modified and affirmed.

Argued before VAN BRUNT, P. J., and HATCH, PATTERSON, O'BRIEN, and LAUGHLIN, JJ.

J. W. Emley, for appellant.

Joseph A. Arnold, for respondent.

PER CURIAM. We think that in its order the learned court below too closely restricted the particulars of loss and damage in this case. While it is not the office of a bill of particulars to furnish the evidence, yet it should give the particulars of the cause of action and the nature and amount of damage in detail, where it is claimed as being suffered by many and diverse articles.

The order appealed from should be modified by requiring the particulars asked for in the 3d, 7th, 8th, and 17th subdivisions of the order to show cause, in addition to those granted upon the motion, and, as so modified, affirmed, without costs.

¶ 1. See Pleading, vol. 39, Cent. Dig. § 949.